■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN CONYERS, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Harris, J.), rendered September 7, 1984, convicting him of manslaughter

in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's sentence is not excessive and does not warrant appellate modification (see, *People v Suitte,* 90 AD2d 80).

We have reviewed the defendant's other contentions and find them to be without merit. Rubin, J. P., Kunzeman, Spatt and Harwood, JJ., concur.